JS-6

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>PNS Stores, Inc. dba Big Lots #4263, et al.,<br><br>    Defendants.<br>_____/ | Case No. 8:13-cv-01694-ABC (RNBx)<br><br>[Proposed] **Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant PNS Stores, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  May 19, 2014

*Audrey B. Collins*
_____
United States District Judge